IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2007 FEB 22 P 4 39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| LARRY D. CRUTCHFIELD, and<br>ANGELA M. CRUTCHFIIELD,<br><br>    Plaintiffs,<br><br>v.<br><br>TWO ACRES OF LAND IN SECTION 17;<br>TOWNSHIP 3 NORTH; RANGE 18 EAST,<br>THE UNITED STATES SMALL BUSINESS<br>ADMINISTRATION;<br>WAYNE SCHOENBERGER,<br>MARTI SCHOENBERGER, and<br>FICTITIOUS PARTIES X, Y, and Z,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 2:07CV159-ID<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Petitioner, the United States Small Business Administration (SBA), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, respectfully petitions for removal of this action from the Circuit Court of Covington County, Alabama, to the United States District Court for this District, and in support thereof, represent the following:

    1.    That Petitioner, SBA, is a named Defendant in the above-captioned civil action which is pending in the Circuit Court of Covington County, Alabama, Civil Action No. CV-07-32. Copies of all process, pleadings, and orders served upon Defendants in such action are attached hereto.

2. That the above-captioned action is one which may be removed without bond to this court pursuant to 28 U.S.C. §§ 1444 and 2410(a), for the reasons that this is an action to quiet title to real property on which the United States has and / or claims a mortgage or other lien.

WHEREFORE, Petitioner prays that said action be removed from the Circuit Court of Covington County, Alabama.

DATED this 22nd day of February, 2007.

>     LEURA G. CANARY
>     United States Attorney
>
>     By: *(signature)*
>     R. RANDOLPH NEELEY
>     Assistant United States Attorney
>     Bar Number: 9083-E56R
>     Attorney for Defendant
>     Post Office Box 197
>     Montgomery, AL  36101-0197
>     Telephone No.: (334) 223-7280
>     Facsimile No.: (334) 223-7418
>     E-mail: **rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon counsel for the plaintiffs, by mailing a copy of same, first class, postage prepaid, addressed as follows:

>Thomas A. Blackstock, Jr., Esq.
>501 North Main St.
>Opp, AL 36467

Dated this the 22nd day of February, 2007.

_____
Assistant United States Attorney

| State of Alabama<br>Unified Judicial System | SUMMONS<br>-CIVIL- | Case Number |
|---|---|---|
| Form C-34   Rev 6/88 | | CV-07-32 |

IN THE ____CIRCUIT____ COURT OF ____COVINGTON____ COUNTY

Plaintiff ____Larry Crutchfield and wife,____ v. Defendant ____Two (2) Acres of Land in Section____
         ____Angela Crutchfield____                          ____17; Twnshp 3 N; Range 18 E., et al.____

NOTICE TO ____Leura Canary Garrett, U.S. Attorney MDAL P.O. Box 197 Montgomery, AL 36101____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADDMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY ____Thomas A. Blackstock, Jr.____ WHOSE ADDRESS IS ____Laird, Baker and Blackstock, LLC 501 North Main Street Opp, AL 36467____

3/15/07

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN __30__ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

FILED IN OFFICE

Date ____FEB 9 2007____   ____Roger A. Powell____   By: ____
                          Clerk/Register

____CLERK____

✓ Certified Mail is hereby requested.   ____Thomas A. Blackstock, Jr.____
                                         Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____
                                                                    (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
   _____ in _____ County,
   Alabama on _____.
              (Date)

_____                    _____
Date                                    Server's Signature

_____                    _____
Address of Server                       Type of Process Server

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

LARRY D. CRUTCHFIELD and wife,
ANGELA M. CRUTCHFIELD,
   Plaintiffs

vs.

TWO (2) ACRES OF LAND IN SECTION 17;
TOWNSHIP 3 NORTH; RANGE 18 EAST,
THE U. S. SMALL BUSINESS ADMINISTRATION;
WAYNE SCHOENBERGER AND
MARTI SCHOENBERGER,
AND FICTITIOUS PARTIES, X, Y, AND Z,
   Defendants.

CV-07-__32__

FILED IN OFFICE
FEB 9 2007

_____ CLERK

## COMPLAINT TO QUIET TITLE PURSUANT TO § 6-6-560

Come now the Petitioners, Larry Crutchfield and wife, Angela Crutchfield, by and through their attorney, Thomas A. Blackstock, Jr. and respectfully pray for relief under § 6-6-560 et seq. of the Code of Alabama (1975, as last amended) represent to the Court the following:

### JURISDICTION

Pursuant to §6-6-560 the action *in rem* to quiet title is to be filed in the Circuit Court of Covington County, which is the county against which the lands lie.

### STATEMENT OF THE FACTS

1. The Petitioners hold title to the following described real property located on Highway 331 South, Opp, Alabama by virtue of a Statutory Warranty Deed from John P. Dicks and wife, Bonita Dicks executed on the 28th day of August 2006, and recorded in the Office of the Judge of Probate of Covington County in Real Property Book 2006; Page 24556. The description of the property below encompasses the lands over which quiet title is sought:

> Commencing where the North line of the SW 1/4 of the NW 1/4 of Section 17, Township 3 North, Range 18 East intersects the Northwest right of way line of U. S. Highway 331 and run in a Southwesterly direction along the Northwest right of way line of said highway for a distance of 50 feet to the point of beginning; thence run S33°01'W along the Northwest right of way line of said highway for a distance of 400 feet; thence run N56°59"W for a distance of 280 feet; thence run N33°01"E for a distance of 220 feet; thence run S89°43.1'E for a distance of 332.9 feet to the point of beginning; said parcel of land lying in and being a part of the SW 1/4 of NW 1/4, Section 17, Township 3 North, Range 18 East, and containing 2.0 acres, more or less.
>
> Less and except all oil, gas, and minerals heretofore reserved.

2. For the period beginning September 9, 1995 until present the Petitioners and their predecessors in title, John Dicks and wife, Bonita Dicks, have enjoyed actual, peaceable possession of the land, have held said same under color of title to the land and have paid taxes on the land or interests therein during the whole of such period. Petitioners lay claim to this averment through the judicially-noticed doctrine of tacking with the previous owners.

3. John Dicks and wife, Bonita Dicks received title to the above parcel by virtue of that certain tax deed from the State of Alabama executed on the 13th day of September, 1995 and recorded in the Office of the Judge of Probate of Covington County, Alabama in Real Property Book 908; Page 572. This deed conveyed title to the parcel to Dicks and his wife against the interests of Wayne Schoenberger and Marti Schoenberger who had assessed the parcel as their property from the years 1984 until 1992 when they failed to pay property taxes on the land.

4. Prior to the Dickses' purchase of the above parcel at the 1992 tax sale the U. S. Small Business Administration held title to the land by virtue of a foreclosure deed issues to it from Charles Deal and Dianne Deal d/b/a Alabama Nashville. Said foreclosure deed dated May 23, 1983 is recorded in the Office of the Judge of Probate of Covington County in Real Property Book 745; Page 317. Said foreclosure deed was issued after a public sale wherein U. S. Small Business Administration, as mortgagee, "bid the property back in" and purchased the realty as the highest bidder in the sale.

5. No other recorded instrument exists on public record, save the tax assessment by the Schoenberger's, to evidence title to the property in any other party or parties for the period commencing on the date of the foreclosure deed in May of 1983 to the U.S. Small Business Administration until the tax deed issued to the Dickses in September of 1995, as a deed from the U.S. Small Business Administration to the Schoenberger's is not recorded and is probably, your Petitioners verily believe, lost.

## PARTIES TO RECEIVE NOTICE UNDER § 6-6-561

6. The names, ages, capacities, and addresses of all of the known defendants to receive notice of this Complaint are as follows:

- **Wayne Schoenberger,** an individual over the age of 19 years, whose whereabouts, after a diligent search of the public records of the State of Alabama, the records of the Alabama Department of Revenue, inquiries in the Opp Community, the internet and all directories available to the Petitioners and Counsel, are unknown.

- **Marti Schoenberger,** an individual over the age of 19 years, whose whereabouts, after a diligent search of the public records of the State of Alabama, the records of the State of Alabama Department of Revenue, inquiries in the Opp Community, the internet and all directories available to the Petitioners and Counsel, are unknown.

- **The U. S. Small Business Administration,** an administration of the Federal Government whose agents and counsel are listed below:

A. William Howell, Esq.
   District Counsel, Alabama District Office and Mississippi District Office of the
   U. S. Small Business Administration
   801 Tom Martin Drive
   Suite 201
   Birmingham, AL 35211
B. Stephen C. Preston,
   Administrator of the U.S. Small Business Administration
   409 3rd St. SW
   7th Floor
   Washington, DC 20416
C. Leura Canary Garrett,
   U.S. Attorney, Middle District of Alabama
   One Court Square
   P. O. Box 197
   Montgomery, AL 36101
D. Alberto Gonzales,
   U.S. Attorney General
   U.S. Department of Justice
   950 Pennsylvania Ave. NW
   Washington, DC 20530-0001

## PRAYER FOR RELIEF

7. Your Petitioners herein incorporate Paragraphs One (1.) through Six (6.), and all sub-parts by reference.

6. Petitioners, Larry Crutchfield and wife Angela Crutchfield plead under §6-6-540 et seq. to establish fee simple title to the above parcel.

8. Adverse Possession cannot accrue against the United States Government nor any agencies or administrations thereof.

9. The U.S. Small Business Administration has neither claimed ownership of the subject parcel since 1983 nor has it assessed the parcel for purposes of taxation since 1983.

10. Neither Wayne Schoenberger nor Marti Schoenberger have evidenced any signs of ownership or possession of the subject parcel since prior to 1992 when John Dicks and Bonita Dicks purchased the subject parcel at tax sale.

11. There are no actions pending to test the Petitioners' title to, interest in or their rights to the possession of said land.

**WHEREFORE, THE PREMISES CONSIDERED**, the Petitioners herein pray, after due notice of this proceeding and hearing thereon for relief, for an Order of the Court vesting fee simple title in and for the above parcel of real estate in the Petitioners, to the heirs and assigns of the Petitioners, for and during their joint lives and upon the death of either of them to the survivor of them in fee simple, and to the heirs and assigns of such survivor forever together with every contingent remainder and right of reversion.

Respectfully Submitted,

_____
Thomas A. Blackstock, Jr.   BLA074
Attorney for Plaintiffs
501 North Main St.
Opp, Alabama 36467

STATE OF ALABAMA)
COVINGTON COUNTY)

The undersigned Petitioners, being duly sworn, depose and say that the facts alleged in the above are true according to the best of their knowledge, information and belief.

_____
Larry D. Crutchfield

_____
Angela M. Crutchfield

Sworn to and subscribed before me this the ____ day of February, 2007.

_____
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Summons and Complaint were served upon the following parties by the Clerk of Court by registered mail, postage prepaid, marked "For Delivery to Addressee Only" and return receipt demanded, addressed to the Clerk of Court, Roger A. Powell at One Court Square, Andalusia, Alabama 36420:

- **The U. S. Small Business Administration,** an administration of the Federal Government whose agents and counsel are listed below:

   A. William Howell, Esq.
      District Counsel, Alabama District Office and Mississippi District Office of the
      U. S. Small Business Administration
      801 Tom Martin Drive
      Suite 201
      Birmingham, AL 35211
   B. Stephen C. Preston,
      Administrator of the U.S. Small Business Administration
      409 3rd St. SW
      7th Floor
      Washington, DC 20416
   C. Leura Canary Garrett,
      U.S. Attorney, Middle District of Alabama
      One Court Square
      P. O. Box 197
      Montgomery, AL 36101
   D. Alberto Gonzales,
      U.S. Attorney General
      U.S. Department of Justice
      950 Pennsylvania Ave. NW
      Washington, DC 20530-0001

   I further certify that the following parties, pursuant to §6-6-564 of the Code of Alabama (1975) have been served notice as either unknown parties or parties whose whereabouts are unknown, by publication in a newspaper in this county of general circulation once a week for 4 consecutive weeks:

   - **Wayne Schoenberger,** an individual over the age of 19 years, whose whereabouts, after a diligent search of the public records of the State of Alabama, the records of the Alabama Department of Revenue, inquiries in the Opp Community, the internet and all directories available to the Petitioners and Counsel, are unknown.

   - **Marti Schoenberger,** an individual over the age of 19 years, whose whereabouts, after a diligent search of the public records of the State of Alabama, the records of the State of Alabama Department of Revenue, inquiries in the Opp Community, the internet and all directories available to the Petitioners and Counsel, are unknown.

   This _7th_ day of February, 2007.

   _____
   Of Counsel

Z:\ANDY\2007 Files\07-021\Complaint to Quiet Title.wpd