## IN THE CIRCUIT COURT OF COVINGTON COUNTY
## IN THE STATE OF ALABAMA

| | |
|---|---|
| LARRY D. CRUTCHFIELD, and<br>ANGELA M. CRUTCHFIIELD<br><br>Plaintiffs,<br><br>v.<br><br>TWO ACRES OF LAND IN SECTION 17;<br>TOWNSHIP 3 NORTH; RANGE 18 EAST,<br>THE UNITED STATES SMALL BUSINESS<br>ADMINISTRATION;<br>WAYNE SCHOENBERGER,<br>MARTI SCHOENBERGER, and<br>FICTITIOUS PARTIES X, Y, and Z,<br><br>Defendants. | CASE NO.: CV-07-32<br><br>2:07CV159 - ID |

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on the 22nd day of February, 2007, the United States filed in the office of the Clerk of the United States District Court for the Middle District of Alabama a notice of removal of the above-styled action to that court. A copy of that notice is attached hereto.

A copy of the notice of removal is being filed with the circuit clerk of Covington County, Alabama, pursuant to 28 U.S.C. § 1444 and 2410(a).

Respectfully submitted this 22nd day of February, 2007.

LEURA G. CANARY
United States Attorney

By: _____
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Defendant
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon counsel for the plaintiffs, by mailing a copy of same, first class, postage prepaid, addressed as follows:

Thomas A. Blackstock, Jr., Esq.
501 North Main St.
Opp, AL 36467

Dated this the 22nd day of February, 2007.

_____
Assistant United States Attorney