# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| LARRY D. CRUTCHFIELD, and<br>ANGELA M. CRUTCHFIIELD<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>TWO ACRES OF LAND IN SECTION 17;<br>TOWNSHIP 3 NORTH; RANGE 18 EAST,<br>THE UNITED STATES SMALL BUSINESS<br>ADMINISTRATION;<br>WAYNE SCHOENBERGER,<br>MARTI SCHOENBERGER, and<br>FICTITIOUS PARTIES X, Y, and Z,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 2:07CV159-ID<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

*2007 FEB 22  P 4:39*

## MOTION FOR EXTENSION OF TIME

Comes now the United States Small Business Administration (SBA), by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court for a 30-day extension of time, to and including April 2, 2007, within which to file an answer or other response to the complaint. In support of this motion, Defendant would show unto the Court the following:

The United States Attorney's Office received a copy of the complaint in this matter on February 13, 2007. This action was removed to this Court on February 22, 2007. According to Rule 81(c), Federal Rules of Civil Procedure, the answer of the SBA is due to be filed on March 1, 2007.

It is not anticipated that the SBA will be able to complete and prepare a litigation report on this matter in sufficient time for the undersigned counsel to formulate a response to the complaint by March 1, 2007.

Respectfully submitted this 22nd day of February, 2007.

> LEURA G. CANARY
> United States Attorney
>
> By: /s/
> R. RANDOLPH NEELEY
> Assistant United States Attorney
> Bar Number: 9083-E56R
> Attorney for Defendant
> Post Office Box 197
> Montgomery, AL 36101-0197
> Telephone No.: (334) 223-7280
> Facsimile No.: (334) 223-7418
> E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice of Removal upon counsel for the plaintiffs, by mailing a copy of same, first class, postage prepaid, addressed as follows:

> Thomas A. Blackstock, Jr., Esq.
> 501 North Main St.
> Opp, Alabama 36467

Dated this the 22nd day of February, 2007.

/s/
Assistant United States Attorney