IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY D. CRUTCHFIELD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. 2:07cv159-ID |
| v. ) | |
| ) | |
| TWO ACRES OF LAND IN ) | |
| SECTION 17; TOWNSHIP 3 NORTH; ) | |
| RANGE 18 EAST, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon CONSIDERATION of Defendant United States Small Business Administration's ("SBA") motion for extension of time, filed February 22, 2007 (Doc. No. 3), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that the time for the SBA to serve an answer or other responsive pleading is hereby EXTENDED to and including April 2, 2007.

DONE this 26th day of February, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE