# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| LARRY D. CRUTCHFIELD, and<br>ANGELA M. CRUTCHFIELD | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **Civil Action No.: 2:07cv159-D**<br>) |
| TWO ACRES OF LAND IN SECTION 17;<br>TOWNSHIP 3 NORTH; RANGE 18 EAST,<br>THE UNITED STATES SMALL BUSINESS<br>ADMINISTRATION;<br>WAYNE SCHOENBERGER,<br>MARTI SCHOENBERGER, and<br>FICTITIOUS PARTIES X, Y, and Z, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ANSWER

Comes now the United States Small Business Administration (SBA), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and answers the above-styled complaint as follows:

### First Defense

The plaintiff's complaint fails to state a claim upon which relief can be granted.

### Second Defense

The defendant specifically reserves the right to add additional defenses of which it becomes aware during the progression of discovery.

### Third Defense

Answering specifically the numbered paragraphs of the Complaint, utilizing the same

paragraph numbering, the defendant admits, denies, and otherwise answers as follows:

## JURISDICTION

This allegation of the complaint contains a legal conclusion to which no answer is required.

## STATEMENT OF THE FACTS

1. The defendant is without sufficient information to form a belief as to the veracity of the allegations of paragraph 1 of the complaint, the same are therefore denied.

2. The defendant is without sufficient information to form a belief as to the veracity of the allegations of paragraph 2 of the complaint, the same are therefore denied.

3. The defendant is without sufficient information to form a belief as to the veracity of the allegations of paragraph 3 of the complaint, the same are therefore denied.

4. The defendant is without sufficient information to form a belief as to the veracity of the allegations of paragraph 4 of the complaint, the same are therefore denied.

5. The defendant is without sufficient information to form a belief as to the veracity of the allegations of paragraph 5 of the complaint, the same are therefore denied.

## PARTIES TO RECEIVE NOTICE UNDER § 6-6-651

6. This allegation of the complaint contains legal conclusions to which no answer is required.

## PRAYER FOR RELIEF

The remaining paragraphs of the complaint are in the form of a prayer for relief to

which no answer is required.

Respectfully submitted this 2nd day of April, 2007.

>LEURA G. CANARY
>United States Attorney
>
>By: /s/ R. Randolph Neeley
>R. RANDOLPH NEELEY
>Assistant United States Attorney
>Bar Number: 9083-E56R
>Attorney for Defendant
>Post Office Box 197
>Montgomery, AL  36101-0197
>Telephone No.: (334) 223-7280
>Facsimile No.: (334) 223-7418
>E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice of Removal upon counsel for the plaintiffs, by mailing a copy of same, first class, postage prepaid, addressed as follows:

>Thomas A. Blackstock, Jr., Esq.
>501 North Main St.
>Opp, Alabama 36467

Dated this the 2nd day of April, 2007.

>/s/ R. Randolph Neeley
>Assistant United States Attorney