IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY D. CRUTCHFIELD, and<br>ANGELA M. CRUTCHFIIELD<br><br>　　Plaintiffs,<br><br>　　v.<br><br>TWO ACRES OF LAND IN SECTION 17;<br>TOWNSHIP 3 NORTH; RANGE 18 EAST,<br>THE UNITED STATES SMALL BUSINESS<br>ADMINISTRATION; et al.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.:2:07-cv-159-ID<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR EXTENSION OF TIME**

Comes now the Federal Defendant, United States Small Business Administration (SBA), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court for a 30-day extension of time, to and including Monday, July 30, 2007, within which to file a proposed discovery plan. In support of this motion, Defendant shows unto the Court the following:

1. Defendant SBA has entered into settlement negotiations with Plaintiffs in this case.

2. It is likely that the cause between the Plaintiff and Defendant SBA will be resolved without further court intervention and that the remaining claims of the Plaintiff against the remaining Defendants will be amenable to remand to the Circuit Court of Covington County.

3. A 30-day extension of time will serve the interests of justice and will promote judicial economy.

4. Plaintiffs' counsel has been contacted regarding this extension request and has no objection to same.

5. Defendant SBA has been unable to contact the remaining Defendants as to their position on this extension request.

WHEREFORE premises considered Defendant SBA requests a 30-day extension of time, to and including Monday, July 30, 2007, in which to prepare and file a proposed discovery plan.

Respectfully submitted this 25th day of June, 2007.

> LEURA G. CANARY
> United States Attorney
>
> By: /s/R. Randolph Neeley
> R. RANDOLPH NEELEY
> Assistant United States Attorney
> Bar Number: 9083-E56R
> Attorney for Defendant
> Post Office Box 197
> Montgomery, AL  36101-0197
> Telephone No.: (334) 223-7280
> Facsimile No.: (334) 223-7418
> **E-mail: rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Motion for Extension upon counsel for plaintiffs, by mailing a copy of same, first class, postage prepaid, addressed as follows:

>Thomas A. Blackstock, Jr., Esq.
>501 North Main St.
>Opp, Alabama 36467

Dated this the 25th day of June, 2007.

>/s/R. Randolph Neeley
>Assistant United States Attorney