IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY D. CRUTCHFIELD, et al., ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | CIVIL ACTION NO. 2:07cv159-ID |
| v. ) | |
| ) | |
| TWO ACRES OF LAND IN ) | |
| SECTION 17; TOWNSHIP 3 NORTH; ) | |
| RANGE 18 EAST, et al., ) | |
| ) | |
|     Defendants. ) | |

**ORDER**

Upon CONSIDERATION of Defendant United States Small Business Administration's motion for extension of time (Doc. No. 7), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that the deadline for the parties to file their Rule 26(f) report containing the discovery plan is hereby EXTENDED to and including July 30, 2007.

DONE this 26th day of June, 2007.

                      /s/ Ira DeMent
                      SENIOR UNITED STATES DISTRICT JUDGE