IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

LARRY and ANGELA CRUTCHFIELD,

    Plaintiff,

v.

Two acres of land in Section 17; Township 3 North; Range 18 East, the SBA, et al.,

    Defendants,

CASE NO. 2:07 - cv - 0159 - ID

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Larry and Angela Crutchfield, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [■] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | |

7/17/2007
Date

/s/ Thomas A. Blackstock, Jr.
(Signature)

Thomas A. Blackstock, Jr.
(Counsel's Name)

Counsel for (print names of all parties)
Larry Crutchfield and wife, Angela Crutchfield
501 North Main Street, Opp, AL 36467
Address, City, State Zip Code
334 493-9716
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

## CERTIFICATE OF SERVICE

I, Thomas A. Blackstock, Jr. _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by ECF/ECM/electronic mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17 ____ day of July _____ 20 07, to:

R. Randolph Neeley, AUSA, Attorney for Defendant, the U.S. Small Business Administration

_____

_____

_____

_____

_____

7/17/2007
Date

/s/ Thomas A. Blackstock, Jr.
Signature