# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| LARRY D. CRUTCHFIELD, and | ) |
| ANGELA M. CRUTCHFIIELD | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.:2:07-cv-159-ID |
| | ) |
| TWO ACRES OF LAND IN SECTION 17; | ) |
| TOWNSHIP 3 NORTH; RANGE 18 EAST, | ) |
| THE UNITED STATES SMALL BUSINESS | ) |
| ADMINISTRATION; et al., | ) |
| | ) |
| Defendants. | ) |

## SECOND MOTION FOR EXTENSION OF TIME

Comes now the Federal Defendant, United States Small Business Administration (SBA), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court for an additional 30-day extension of time, to and including Wednesday, August 29, 2007, within which to file a proposed discovery plan.  In support of this motion, Defendant shows unto the Court the following:

  1. The parties have tentatively reached an agreement in this matter and are currently in the process of preparing the necessary documents.

  2. A 30-day extension of time will serve the interests of justice and promote judicial economy.

  3. Plaintiffs' counsel has been contacted regarding this extension request and has no objection to same.

WHEREFORE premises considered Defendant SBA requests a 30-day extension of time, to and including Wednesday, August 29, 2007, in which to prepare and file a proposed discovery plan, should same be necessary.

Respectfully submitted this 30th day of July, 2007.

                                              LEURA G. CANARY
                                              United States Attorney

                                   By: /s/R. Randolph Neeley
                                      R. RANDOLPH NEELEY
                                      Assistant United States Attorney
                                      Bar Number: 9083-E56R
                                      Attorney for Defendant
                                      Post Office Box 197
                                      Montgomery, AL  36101-0197
                                      Telephone No.: (334) 223-7280
                                      Facsimile No.: (334) 223-7418
                                      **E-mail: rand.neeley@usdoj.gov**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to plaintiff's attorney, Thomas A. Blackstock, Jr., Esq.

                                                /s/R. Randolph Neeley
                                                Assistant United States Attorney