IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY D. CRUTCHFIELD, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | )   CIVIL ACTION NO. 2:07cv159-ID |
| v. | ) |
| | ) |
| TWO ACRES OF LAND IN | ) |
| SECTION 17; TOWNSHIP 3 NORTH; | ) |
| RANGE 18 EAST, et al., | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the unopposed motion for extension of time, filed by Defendant U.S. Small Business Administration (Doc. No. 12), it is ORDERED that said motion be and the same is hereby GRANTED and that the deadline for the parties to file their Rule 26(f) report is hereby EXTENDED to and including August 31, 2007.

DONE this 31st day of July, 2007.

                                        /s/ Ira DeMent
                                        SENIOR UNITED STATES DISTRICT JUDGE