IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY D. CRUTCHFIELD, and ANGELA M. CRUTCHFIIELD | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.:2:07-cv-159-ID ) |
| TWO ACRES OF LAND IN SECTION 17; TOWNSHIP 3 NORTH; RANGE 18 EAST, THE UNITED STATES SMALL BUSINESS ADMINISTRATION; et al., | ) ) ) ) ) |
| Defendants. | ) |

**PROPOSED AGREED ORDER OF DISMISSAL AND REMAND**

The plaintiffs, Larry D. and Angela M. Crutchfield, and the defendant United States, on behalf of its agency the United States Small Business Administration ("SBA"), by counsel, as evidenced by their signatures appearing below, do hereby agree to the dismissal of Defendant SBA, and further agree to the subsequent remand of this matter to the Circuit Court of Covington County, Alabama.

1.  In support, the undersigned state that SBA has executed a quitclaim deed to any interest it has or may have had in the real property which is the subject of the underlying Complaint to Quiet Title. See, Exhibit 1, attached hereto.

2.  Plaintiffs agree to dismiss SBA from this matter. The plaintiff and SBA further agree that pursuant to 28 U.S.C. 2409a(e), the dismissal of the SBA will terminate the Court's jurisdiction over the dispute and there will remain no other basis for federal

jurisdiction.  Accordingly, upon dismissal of SBA, the case is due to be and should be remanded to the State court.

Respectfully submitted this 27th day of August, 2007.

          LEURA G. CANARY
          United States Attorney

By: /s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: rand.neeley@usdoj.gov

 /s/Thomas A. Blackstock, Jr.
THOMAS A. BLACKSTOCK, JR.
Bar Number: BLA074
501 North Main Street
Opp, Alabama 36467
Counsel for Plaintiffs
Telephone No.: (334) 493-9716
E-mail: lbbrealestate@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to plaintiff's attorney, Thomas A. Blackstock, Jr., Esq.

        /s/R. Randolph Neeley
        Assistant United States Attorney